UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00030(1)-ADA |
| | § | |
| (1) GUILLERMO DERAS-PEREZ | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 21, 2026, wherein the defendant (1) GUILLERMO DERAS-PEREZ waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) GUILLERMO DERAS-PEREZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) GUILLERMO DERAS-PEREZ 's plea of guilty to Count One (1) is accepted.

Signed this 10th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE